August 22, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CONSUMER COUNTY MUTUAL INSURANCE COMPANY, Appellant

NO. 14-13-00290-CV                               V.

VIRGINIA WINGO, Appellee

_____

      Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on September 28, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

      We further order that all costs incurred by reason of this appeal be paid by appellant, Consumer County Mutual Insurance Company.

      We further order this decision certified below for observance.